USDC SCAN INDEX SHEET

















```
JRM    9/24/99    11:52
3:99-CV-00241    CROWE V. COUNTY OF SAN DIEGO
*90*
*M.*
```

[R]

1  HUGH G. RADIGAN    SBN 94251
   KOESTER AND WALKER
2  500 N. Brand Blvd., Suite 2200
   Glendale, CA  91203
3  Tel.: (818) 545-3700
   Fax:  (818) 545-3702
4

5  Attorneys for Defendant,
   NATIONAL INSTITUTE FOR TRUTH VERIFICATION
6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | STEPHEN CROWE; CHERYL CROWE;      ) CASE NO. 99cv0241(R)(RBB)
   | JUDITH ANN KENNEDY, MICHAEL       )           ~~99cv0253-H~~(JFS)
12 | CROWE and SHANNON CROWE, a minor  )           ~~99cv0283B~~TM(LAB)
   | through their guardian ad litem, STEPHEN )
13 | CROWE                             ) NOTICE OF MOTION AND MOTION
   |                                   ) TO DISMISS COMPLAINT;
14 |                    Plaintiffs,    ) MEMORANDUM OF POINTS AND
   |             vs.                   ) AUTHORITIES IN SUPPORT
15 |                                   ) THEREOF;
   | CITY OF ESCONDIDO; CITY OF        )
16 | OCEANSIDE; COUNTY OF SAN DIEGO;   ) DATE:      November 8, 1999
   | RALPH CLAYTOR; CHRIS McDONOUGH;   ) TIME:      2:00 p.m.
17 | GARY HOOVER; LAWRENCE BLUM;       ) COURTROOM: 5
   | BARRY SWEENEY; JAMES LANAGAN;     )
18 | SERGEANT ANDERSON; RICK BASS;     )
   | NATIONAL INSITITUTE FOR TRUTH     )
19 | VERIFICATION, a business entity; and DOES )
   | 1 through 100, inclusive,         )
20 |                                   )
   |                    Defendants.    )
21 |_____)

22   TO PLAINTIFFS STEPHEN CROWE; CHERYL CROWE; JUDITH ANN KENNEDY,

23   MICHAEL CROWE and SHANNON CROWE, a minor through their guardian ad litem,

24   STEPHEN CROWE, AND THEIR ATTORNEYS OF RECORD:

25        PLEASE TAKE NOTICE that the Motion to Dismiss of defendant NATIONAL

26   INSTITUTE FOR TRUTH VERIFICATION, will be heard on November 8, 1999, at

27   2:00 p.m. or as soon thereafter as the matter may be heard in the above-entitled Court in the

28   courtroom of the Honorable Judge John S. Rhoades, 880 Front Street, San Diego, California.

                                    90    1
                                                              99cv0283BTM (LAB)

1      Pursuant to Rule 12(b)(6) of the <u>Federal Rules of Civil Procedure</u>, defendant will and hereby does move the move for an order dismissing the complaint, which asserts purported causes of action for negligence and products liability as to this moving party. This purported amended complaint was filed in derogation of a clear and unequivocal minute order scheduling when amendments would be filed and served. The amendment itself remarkably omits including this moving party within either the caption or the introductory charging allegation s in derogation of Rule 10(a) of the <u>Federal Rules of Civil Procedure</u>.

8      This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities and the papers, records and pleadings on file in this action, including such other papers as may be filed at or before the hearing on this motion, and arguments made by counsel at the time of the hearing on the motion.

Dated: September 20, 1999      KOESTER AND WALKER

*[signature]*

HUGH G. RADIGAN
Attorney for Defendant
NATIONAL INSTITUTE FOR TRUTH
VERIFICATION

2

**PROOF OF SERVICE BY MAIL (1013a; 2015.5 C.C.P.)**

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

    I am a citizen of the United States and a resident of the county aforesaid. I am over the age of eighteen years and not a party to the within entitled action, my business address is 500 N. Brand Blvd. Suite 2200, Glendale, CA 91203.

    On September 20, 1999 I served the within **NOTICE OF MOTION AND MOTION TO DISMISS COM PLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail box at Glendale, California, addressed to the following:

**SEE ATTACHED SERVICE LIST**

    I am 'readily familiar' with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury, that the foregoing is true and correct.

    Executed on September 20, 1999 at Glendale, California.

_/s/ Deanna S. Davalos_
Deanna S. Davalos

# SERVICE LIST

Milton J. Silverman, Esq.
2402 Broadway
San Diego, CA  92102

Mark Waggoner, Esq.
Escondido City Attorney's Office
201 N. Broadway
Escondido, CA  92025

Ms. Deborah Peterson, Esq.
San Diego County Counsel
1600 Pacific Highway, Room 355
San Diego, CA  92101

Dennis A. Schoville, Esq.
Schoville & Arnell
600 West Broadway, Suite 2800
San Diego, CA  92101

Robert J. Francaville, Esq.
Gayle M. Blatt, Esq.
Casey, Gerry, Reed & Schenk
110 Laurel Street
San Diego, CA  92101

Kenneth H. Moreno, Esq.
Murchison & Cumming
750 B Stree,t Suite 2550
San Diego, CA  92101

Diana L. Field, Esq.
Ferguson, Praet & Sherman
A Professional Corporation
1631 East 18th Street
Santa Ana, CA  92705-7101