USDC SCAN INDEX SHEET

KJL 9/27/99 10:31

3:99-CV-00241 CROWE V. COUNTY OF SAN DIEGO

*94*

*JOIN.*

Diana L. Field, Esq. Bar No. 132435
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, CA 92705-7101
(714) 953-5300
(714) 953-1143

99 SEP 24 PM 2:55

BY: K. [signature] DEPUTY

Attorneys for Defendants, City of Oceanside, Oceanside Police Department, and Officer Chris McDonough

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STEPHEN CROWE, CHERYL CROWE, JUDITH ANN KENNEDY, MICHAEL CROWE, and SHANNON CROWE, a minor through their guardian ad litem, STEPHEN CROWE,

Plaintiffs,

v.

COUNTY OF SAN DIEGO, CITY OF ESCONDIDO, CITY OF OCEANSIDE, GARY HOOVER, LAWRENCE BLUM, MARK WRISLEY, BARRY SWEENEY, RALPH CLAYTOR, CHRIS MCDONOUGH and DOES 1 through 100,

Defendants.

CASE NO. 99241-R (RBB)

**DEFENDANTS', CITY OF OCEANSIDE AND DETECTIVE CHIRS MCDONOUGH, NOTICE OF JOINDER RE: NATIONAL TRUTH VERIFICATION INSTITUTE'S REPLY TO PLAINTIFFS' OPPOSITION MOTION TO DISMISS**

**DATE: November 8, 1999**
**TIME: 2:00 p.m.**
**ROOM: 5**

**JOINDER**

Defendants, City of Oceanside and Detective Chris McDonough, hereby join in Co-Defendant National Truth Verification Institute's Reply to Plaintiffs' Opposition to dismiss Plaintiffs' Complaint.

///

///

///

The motion is presently set for hearing on November 8, 1999, at 2:00 p.m. in Room 5 of the above-entitled court. The Defendants join the moving party based on the fact that the issues are the same to these Defendants and judicial economy dictates that the Joinder be granted.

DATED: September 22, 1999

FERGUSON, PRAET & SHERMAN
A Professional Corporation

Diana L. Field,
Attorneys for Defendants,
City of Oceanside and Chris McDonough

PROOF OF SERVICE

UNITED STATES DISTRICT COURT

I, Cathy Sherman, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On September 22, 1999, I served the foregoing **DEFENDANTS', CITY OF OCEANSIDE AND DETECTIVE CHIRS MCDONOUGH, NOTICE OF JOINDER RE: NATIONAL TRUTH VERIFICATION INSTITUTE'S REPLY TO PLAINTIFFS' OPPOSITION MOTION TO DISMISS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

XXX (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

___ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 22, 1999, at Santa Ana, California.

Cathy Sherman

**SERVICE LIST**

Milton J. Silverman, Esq.
2404 Broadway
San Diego, CA 92102

Mark Waggoner, Esq.
Escondido City Attorney's Office
201 N. Broadway
Escondido, CA 92025

Ms. Deborah Peterson, Esq.
San Diego County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101

Dennis A. Schoville, Esq.
Schoville & Arnell
600 West Broadway, Suite 2800
San Diego, CA 92101

Robert J. Francavilla, Esq.
Gayle M. Blatt, Esq.
Casey, Gerry, Reed & Schenk
110 Laurel Street
San Diego, CA 92101

Kenneth H. Moreno, Esq.
Murchinson & Cumming
750 B Street, Suite 2550
San Diego, CA 92101

Hugh G. Radigan, Esq.
Koester and Gelman
2121 Towne Centre Place, Suite 300
Anaheim, CA 92806-1434

Hugh G. Radigan, Esq.
Law Offices of Koester & Walker
500 North Brand Avenue, Suite 2200
Glendale, CA 91203

4

Oceanside Defs' Joinder in Nat'l Truth's Reply to Crowe Opp. to Defs' Mot to Dismiss