USDC SCAN INDEX SHEET










```
MEG    6/1/00    15:33
3:99-CV-00241    CROWE V. COUNTY OF SAN DIEGO
*149*
*M.*
```

ORIGINAL

FILED
00 MAY 31 PM 4:21

DEPUTY

| | |
|---|---|
| 1 | HUGH G. RADIGAN    SBN 94251 |
|   | KOESTER AND WALKER |
| 2 | 500 N. Brand Boulevard, Suite 2200 |
|   | Glendale, California 91203 |
| 3 | Telephone: (818) 545-3700 |
|   | Facsimile: (818) 545-3702 |

Attorneys for Defendant,
NATIONAL INSTITUTE FOR TRUTH VERIFICATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CROWE; CHERYL CROWE; JUDITH ANN KENNEDY, MICHAEL CROWE and SHANNON CROWE, a minor through their guardian ad litem, STEPHEN CROWE | CIVIL NO. 99-0241-R (RBB) |
| | consolidated with: |
| | CIVIL NO. 99-0283-R |
| | CIVIL NO. 99-0253-R |
| Plaintiffs, | |
| vs. | NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| CITY OF ESCONDIDO; CITY OF OCEANSIDE; COUNTY OF SAN DIEGO; RALPH CLAYTOR; CHRIS McDONOUGH; GARY HOOVER; LAWRENCE BLUM; BARRY SWEENEY; JAMES LANAGAN; SERGEANT ANDERSON; RICK BASS; NATIONAL INSITITUTE FOR TRUTH VERIFICATION, a business entity; and DOES 1 through 100, inclusive, | Date: July 17, 2000 |
| | Time: 2:00 p.m. |
| | Ctrm..: 5 |
| | Judge: Hon. John S. Rhoades, Sr. |
| Defendants. | |

TO PLAINTIFFS STEPHEN CROWE; CHERYL CROWE; JUDITH ANN KENNEDY, MICHAEL CROWE and SHANNON CROWE, a minor through their guardian ad litem, STEPHEN CROWE, AARON HOUSER, a minor, by and through His Guardian Ad Litem, CHRISTINE HUFF; MARGARET SUSAN HOUSER; GREGG HOUSER, MICHAEL LEE TREADWAY, individually , TAMMY TREADWAY, individually, JANET HASKELL as Guardian Ad Litem for JOSHUA DAVID TREADWAY, a minor, and MARY JO

1 | **CUNNINGHAM as Guardian Ad Litem for ZACHARY TREADWAY, a minor, AND THEIR**
2 | **ATTORNEYS OF RECORD:**

3 |     **PLEASE TAKE NOTICE** that the Motion to Dismiss of defendant **NATIONAL**
4 | **INSTITUTE FOR TRUTH VERIFICATION**, will be heard on July 17, 2000, at 2:00 p.m. or as
5 | soon thereafter as the matter may be heard in the above-entitled Court in the courtroom of the
6 | Honorable Judge John S. Rhoades, 880 Front Street, San Diego, California.

7 |     Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant will and hereby
8 | does move the move for an order dismissing the complaint, which asserts purported causes of action
9 | for negligence and products liability as to this moving party. This purported amended complaint was
10 | filed in derogation of a clear and unequivocal minute order scheduling when amendments would be
11 | filed and served. The amendment itself remarkably omits including this moving party within either
12 | the caption or the introductory charging allegation s in derogation of Rule 10(a) of the Federal Rules
13 | of Civil Procedure.

14 |     This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities
15 | and the papers, records and pleadings on file in this action, including such other papers as may be
16 | filed at or before the hearing on this motion, and arguments made by counsel at the time of the
17 | hearing on the motion.

18 | Dated: May 31, 2000                   KOESTER AND WALKER

20 |                                            By /s/ Hugh C. Radigan
21 |                                            HUGH G. RADIGAN
                                            Attorney for Defendant
22 |                                            NATIONAL INSTITUTE FOR TRUTH
                                           VERIFICATION

## PROOF OF SERVICE BY MAIL (1013a; 2015.5 C.C.P.)

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am a citizen of the United States and a resident of the county aforesaid. I am over the age of eighteen years and not a party to the within entitled action, my business address is 500 N. Brand Blvd. Suite 2200, Glendale, CA 91203.

On May 31, 2000 I served the within **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail box at Glendale, California, addressed to the following:

### SEE ATTACHED SERVICE LIST

I am 'readily familiar' with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on May 31, 2000 at Glendale, California.

_____
Deanna S. Davalos

# SERVICE LIST

| | |
|---|---|
| Milton J. Silverman, Esq.<br>**Law Office of Milton J. Silverman**<br>2402 Broadway<br>San Diego, CA 92102 | Attorneys for Plaintiffs **Stephen Crowe, Cheryl Crowe, Judith Ann Kennedy, Michael Crowe, and Shannon Crowe** |
| Mark A. Waggoner, Esq.<br>**Escondido City Attorney's Office**<br>201 N. Broadway<br>Escondido, CA 92025 | Attorneys for **City of Escondido, Mark Wrisley, Barry, Sweeney, Ralph Claytor, Cirilo, Tulimero, James, Lanagan, Naranjo, Rick Bass and Steve Sloan** |
| Richard J. Schneider, Esq.<br>**Daley & Heft**<br>462 Stevens Ave., Ste. 201<br>Solana Beach, CA 92075 | Attorneys for **City of Escondido, Mark Wrisley, Barry, Sweeney, Ralph Claytor, Cirilo, Tulimero, James, Lanagan, Naranjo, Rick Bass and Steve Sloan** |
| John J. Sansone, County Counsel<br>Diane Bardsley, Chief Deputy<br>**County of San Diego**<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101 | Attorneys for Defendant **Gary Hoover** |
| Dennis A. Schoville, Esq.<br>Louis J. Arnell, Esq.<br>**Schoville & Arnell**<br>1230 Columbia St., Ste. 800<br>San Diego, CA 92101 | Attorneys for Plaintiffs **Aaron Houser, Margaret Susan Houser and Gregg Houser** |
| Robert J. Francaville, Esq.<br>Gayle M. Blatt, Esq.<br>**Casey, Gerry, Reed & Schenk**<br>110 Laurel Street<br>San Diego, CA 92101 | Attorneys for Plaintiffs **Michael Lee Treadway, Tammy Treadway and Joshua David Treadway** |
| Kenneth H. Moreno, Esq.<br>**Murchison & Cumming**<br>750 B Stree,t Suite 2550<br>San Diego, CA 92101 | Attorneys for Defendant **Lawrence Blum** |
| Diana L. Field, Esq.<br>**Ferguson, Praet & Sherman**<br>A Professional Corporation<br>1631 East 18th Street<br>Santa Ana, CA 92705-7101 | Attorneys for **Defendants City of Oceanside & Chris McDonough** |