USDC SCAN INDEX SHEET

















SLD   8/11/00   11:00
3:99-CV-00241   CROWE V. COUNTY OF SAN DIEGO
*184*
*ANS.*

AUG 10 2000 15:38 FR                    TO 16192316525        P.03/20

**FILE BY FAX**

FILED

00 AUG 10 PM 3: 59

BY: S. Denson
DEPUTY

1   HUGH G. RADIGAN State Bar No. 94251
    KOESTER AND WALKER
2   500 N. BRAND BLVD., SUITE 2200
    GLENDALE, CA 91203
3   Telephone:  (818) 545-3700
    Facsimile:  (818) 545-3702
4

5   Attorneys for Defendant,
    NATIONAL INSTITUTE FOR TRUTH VERIFICATION
6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  STEPHEN CROWE, et al.,            )  Case No.: 99-0241-R(RBB)
                                      )  Consolidated With:
12            Plaintiffs,             )  Civil No. 99-0283-R
                                      )  Civil No. 99-0253-R
13      vs.                           )
                                      )
14  COUNTY OF SAN DIEGO,              )  DEFENDANT NATIONAL INSTITUTE
                                      )  FOR TRUTH VERIFICATION'S
15            Defendants.             )  ANSWER TO PLAINTIFFS' JOINT
                                      )  FIRST AMENDED COMPLAINT
16  ─────────────────────────        )
                                      )
17  AARON HOUSER, et al.,             )
                                      )
18            Plaintiffs,             )
                                      )
19      vs.                           )
                                      )
20  CITY OF ESCONDIDO, et al.,        )
                                      )
21            Defendants.             )
                                      )
22  ─────────────────────────        )
                                      )
23  MICHAEL LEE TREADWAY, et al.,     )
                                      )
24            Plaintiffs,             )
                                      )
25      vs.                           )
                                      )
26  CITY OF ESCONDIDO, et al.         )
                                      )
27            Defendants.             )
                                      )
28

                                 184

                          1

COMES NOW, Defendant NATIONAL INSTITUTE FOR TRUTH VERIFICATION and answering the Complaint in the above-entitled action for itself alone and for no other Defendant, admits, denies and alleges as follows:·

1.      Answering paragraph 1 of the Complaint Defendant admits that this Court has jurisdiction over Plaintiffs' alleged federal law claims.  Defendant denies that the Court has jurisdiction over Plaintiffs' state law claims.

2.      Answering paragraph 2 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 2 and on that basis deny each and every allegation of paragraph 2.  It may be, that due to numerous factors, including but not limited to pretrial publicity, venue before this Court may not be proper.

3.      Answering paragraph 3 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 3 and on that basis deny each and every allegation of paragraph 3.

4.      Answering paragraph 4 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 5 and on that basis deny each and every allegation of paragraph 5.

5.      Answering paragraph 5 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 5 and on that basis deny each and every allegation of paragraph 5.

6.      Answering paragraph 6 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 6 and on that basis deny each and every allegation of paragraph 6.

7.      Answering paragraph 7 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 7 and on that basis deny each and every allegation of paragraph 7.

8.      Answering paragraph 8 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 8 and on that basis deny each and every allegation of paragraph 8.

9.      Answering paragraph 9 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 9 and on that basis deny each and every allegation of paragraph 9.

10.     Answering paragraph 10 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 10 and on that basis deny each and every allegation of paragraph 10.

11.     Answering paragraph 11 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 11 and on that basis deny each and every allegation of paragraph 11.

12.     Answering paragraph 12 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 12 and on that basis deny each and every allegation of paragraph 12.

13.     Answering paragraph 13 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 13 and on that basis deny each and every allegation of paragraph 13.

14.     Answering paragraph 14 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 14 and on that basis deny each and every allegation of paragraph 14.

15.     Answering paragraph 15 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 15 and on that basis deny each and every allegation of paragraph 15.

16.     Answering paragraph 16 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 16 and on that basis deny each and every allegation of paragraph 16.

17.     Answering paragraph 17 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 17 and on that basis deny each and every allegation of paragraph 17.

18.    Answering paragraph 18 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 18 and on that basis deny each and every allegation of paragraph 18.

19.    Answering paragraph 19 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 19 and on that basis deny each and every allegation of paragraph 18.

20.    Answering paragraph 20 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 20 and on that basis deny each and every allegation of paragraph 20.

21.    Answering paragraph 21 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 21 and on that basis deny each and every allegation of paragraph 21.

22.    Answering paragraph 22 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 22 and on that basis deny each and every allegation of paragraph 22.

23.    Answering paragraph 23 Defendant admits it is a business entity with its principal place of business in Florida but lacks sufficient information or knowledge to form a belief as to whether they were doing business within San Diego County at all relevant times and on that basis denies that allegation of paragraph 23.

24.    Answering paragraph 24 Defendant admits the allegations of paragraph 24.

25.    Answering paragraph 25 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 25 and on that basis deny each and every such allegation of paragraph 25.

26.    Answering paragraph 26 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 26 and on that basis deny each and every allegation of paragraph 26.

27.    Answering paragraph 27 defendant denies each and every allegation in paragraph 27.

28.    Answering paragraph 28 defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 28 and on that basis deny each and every allegation of paragraph 28.

29.    Answering paragraph 29 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 29.

30.    Answering paragraph 30 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 30.

31.    Answering paragraph 31 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 31.

32.    Answering paragraph 32 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 32.

33.    Answering paragraph 33 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 33.

34.    Answering paragraph 34 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 34.

35.    Answering paragraph 35 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 35.

36.    Answering paragraph 36 defendant is without sufficient knowledge or information to form a belief and on that basis denies each an every allegation in paragraph 36.

37.    Answering paragraph 37 defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 37 and on that basis denies these allegations. As to the allegation that the computer assisted voice stress analyzer is "manufactured by Defendant NATIONAL INSTITUTE FOR TRUTH VERIFICATION" Defendant admits this allegation. As to the remaining allegations of paragraph 37 Defendant denies each and every other allegation in paragraph 37.

38.    Answering paragraph 38 Defendant is without sufficient knowledge or facts to form a belief as to these allegations and on that basis denies each and every allegation in paragraph 38.

39.     Answering paragraph 39 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in that language.

40.     Answering paragraph 40 Defendant denies each and every allegation in paragraph 40.

41.     Answering paragraph 41 Defendant denies each and every allegation in said paragraph.

42.     Answering paragraph 42 Defendant is without sufficient knowledge or facts to form a belief as to these allegations and on that basis denies the allegations in paragraph 42.

43.     Answering paragraph 43 Defendant is without sufficient knowledge or facts to form a belief as to these allegations and on that basis denies the allegations of paragraph 43.

44.     Answering paragraph 44 Defendant is without sufficient knowledge or facts to form a belief as to these allegations and on that basis denies the allegations in paragraph 44.

45.     Answering paragraph 45 Defendant is without sufficient knowledge or facts to form a belief as to these allegations and on that basis denies the allegations in paragraph 45.

46.     Answering the allegations of paragraph 46 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 46.

47.     Answering the allegations of paragraph 47 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 47.

48.     Answering paragraph 48 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 48.

49.     Answering paragraph 49 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 49.

50.     Answering paragraph 50 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 50.

51.     Answering paragraph 51 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 51.

52.     Answering paragraph 52 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 52.

53.     Answering paragraph 53 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 53.

54.     Answering paragraph 54 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 54.

55.     Answering paragraph 55 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 55.

56.     Answering paragraph 56 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 56.

57.     Answering paragraph 57 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 57.

58.     Answering paragraph 58 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained within paragraph 58.

59.    Answering paragraph 59 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 59 and on that basis denies each and every allegation of paragraph 59.

60.    Answering paragraph 60 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 60 and on that basis denies each and every allegation of paragraph 60.

61.    Answering paragraph 61 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 61 and on that basis denies each and every allegation of paragraph 61.

62.    Answering paragraph 62 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 62 and on that basis denies each and every allegation of paragraph 62.

63.    Answering paragraph 63 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 63 and on that basis denies each and every allegation of paragraph 63.

64.    Answering paragraph 64 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 64 and on that basis denies each and every allegation of paragraph 64.

65.    Answering paragraph 65 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 65 and on that basis denies each and every allegation of paragraph 65.

66.    Answering paragraph 66 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 66 and on that basis denies each and every allegation of paragraph 66.

67.    Answering paragraph 67 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 67 and on that basis denies each and every allegation of paragraph 67.

68.     Answering paragraph 68 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 68 and on that basis denies each and every allegation of paragraph 68.

69.     Answering paragraph 69 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 69 and on that basis denies each and every allegation of paragraph 69.

70.     Answering paragraph 70 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 70 and on that basis denies each and every allegation of paragraph 70.

71.     Answering paragraph 71 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 71 and on that basis denies each and every allegation of paragraph 71.

72.     Answering paragraph 72 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 72 and on that basis denies each and every allegation of paragraph 72.

73.     Answering paragraph 73 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 73 and on that basis denies each and every allegation of paragraph 73.

74.     Answering paragraph 74 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 74 and on that basis denies each and every allegation of paragraph 74.

75.     Answering paragraph 75 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 75 and on that basis denies each and every allegation of paragraph 75.

76.     Answering paragraph 76 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 76 and on that basis denies each and every allegation of paragraph 76.

77.     Answering paragraph 77 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 77 and on that basis denies each and every allegation of paragraph 77.

78.     Answering paragraph 78 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 78 and on that basis denies each and every allegation of paragraph 78.

79.     Answering paragraph 79 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 79 and on that basis denies each and every allegation of paragraph 79.

80.     Answering paragraph 80 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 80 and on that basis denies each and every allegation of paragraph 80.

81.     Answering paragraph 81 Defendant is without sufficient knowledge or information to form a belief as to the truth of paragraph 81 and on that basis denies each and every allegation of paragraph 81.

82.     Answering paragraph 82 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 82 and on that basis denies each and every allegation contained in paragraph 82.

83.     Answering paragraph 83 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 83 and on that basis denies each and every allegation contained in paragraph 83.

84.     Answering paragraph 84 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 84 and on that basis denies each and every allegation contained in paragraph 84.

85.     Answering paragraph 85 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 85 and on that basis denies each and every allegation contained in paragraph 85.

86.     Answering paragraph 86 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 86 and on that basis denies each and every allegation contained in paragraph 86.

87.     Answering paragraph 87 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 87 and on that basis denies each and every allegation contained in paragraph 87.

88.     Answering paragraph 88 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 88 and on that basis denies each and every allegation contained in paragraph 88.

89.     Answering paragraph 89 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 89 and on that basis denies each and every allegation contained in paragraph 89.

90.     Answering paragraph 90 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 90 and on that basis denies each and every allegation contained in paragraph 90.

91.     Answering paragraph 91 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 91 and on that basis denies each and every allegation contained in paragraph 91.

92.     Answering paragraph 92 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 92 and on that basis denies each and every allegation contained in paragraph 92.

93.     Answering paragraph 93 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 93 and on that basis denies each and every allegation contained in paragraph 93.

94.     Answering paragraph 94 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 94 and on that basis denies each and every allegation contained in paragraph 94.

95.  Answering paragraph 95 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 95 and on that basis denies each and every allegation contained in paragraph 95.

96.  Answering paragraph 96 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 96 and on that basis denies each and every allegation contained in paragraph 96.

97.  Answering paragraph 97 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 97 and on that basis denies each and every allegation of paragraph 97.

98.  Answering paragraph 98 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 98 and on that basis denies each and every allegation of paragraph 98.

99.  Answering paragraph 99 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 99 and on that basis denies each and every allegation of paragraph 99.

100.  Answering paragraph 100 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 100 and on that basis denies each and every allegation of paragraph 100.

101.  Answering paragraph 101 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 101 and on that basis denies each and every allegation of paragraph 101.

102.  Answering paragraph 102 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 102 and on that basis denies each and every allegation of paragraph 102.

103.  Answering paragraph 103 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 103 and on that basis denies each and every allegation of paragraph 103.

104.    Answering paragraph 104 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 104 and on that basis denies each and every allegation of paragraph 104.

105.    Answering paragraph 105 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 105 and on that basis denies each and every allegation of paragraph 105.

106.    Answering paragraph 106 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 106 and on that basis denies each and every allegation of paragraph 106.

107.    Answering paragraph 107 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 107 and on that basis denies each and every allegation of paragraph 107.

108.    Answering paragraph 108 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 108 and on that basis denies each and every allegation of paragraph 108.

109.    Answering paragraph 109 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 109 and on that basis denies each and every allegation of paragraph 109.

110.    Answering paragraph 110 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 110 and on that basis denies each and every allegation of paragraph 110.

111.    Answering paragraph 111 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 111 and on that basis denies each and every allegation of paragraph 111.

112.    Answering paragraph 112 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 112 and on that basis denies each and every allegation of paragraph 112.

113.   Answering paragraph 113 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 113 and on that basis denies each and every allegation of paragraph 113.

114.   Defendant denies that the CVSA is a worthless prop and as to the remaining allegations of paragraph 114 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation of paragraph 114.

115.   Answering paragraph 115 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 115 and on that basis denies each and every allegation of paragraph 115.

116.   Answering paragraph 116 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 116 and on that basis denies each and every allegation of paragraph 116.

117.   Answering paragraph 117 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 117 and on that basis denies each and every allegation of paragraph 117.

118.   Answering paragraph 118 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 118 and on that basis denies each and every allegation of paragraph 118.

119.   Answering paragraph 119 Defendant admits it manufacturers and markets the CVSA equipment. Defendant denies the remaining allegation of paragraph 119.

120.   Answering paragraph 120 Defendant denies each and every allegation in paragraph 120.

121.   Answering paragraph 121 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 121 and on that basis denies each and every allegation of paragraph 121.

122.   Answering paragraph 122 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 122 and on that basis denies each and every allegation of paragraph 122.

123.   Answering paragraph 123 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 123 and on that basis denies each and every allegation of paragraph 123.

124.   Answering paragraph 124 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 124 and on that basis denies each and every allegation of paragraph 124.

125.   Answering paragraph 125 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 125 and on that basis denies each and every allegation of paragraph 125.

126.   Answering paragraph 126 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 126 and on that basis denies each and every allegation of paragraph 126.

127.   Answering paragraph 127 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 127 and on that basis denies each and every allegation of paragraph 127.

128.   Answering paragraph 128 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 128 and on that basis denies each and every allegation of paragraph 128.

129.   Answering paragraph 129 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 129 and on that basis denies each and every allegation of paragraph 129.

130.   Paragraph 130 does not contain any original allegations. It simply refers to and by reference incorporates preceding allegations. Therefore, in answer to paragraph 130 this Defendant incorporates its pervious responses to all those incorporated allegations.

131.    Answering paragraph 131 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 131 and on that basis denies each and every allegation of paragraph 131.

132.    Answering paragraph 132 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 132 and on that basis denies each and every allegation of paragraph 132.

133.    Answering paragraph 133 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 133 and on that basis denies each and every allegation of paragraph 133.

134.    Answering paragraph 134 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 134 and on that basis denies each and every allegation of paragraph 134.

135.    Answering paragraph 135 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 135 and on that basis denies each and every allegation of paragraph 135.

136.    Answering paragraph 136 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 136 and on that basis denies each and every allegation of paragraph 136.

137.    Answering paragraph 137 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 137 and on that basis denies each and every allegation of paragraph 137.

138.    Answering paragraph 138 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 138 and on that basis denies each and every allegation of paragraph 138.

139.    Answering paragraph 139 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 139 and on that basis denies each and every allegation of paragraph 139.

140.    Answering paragraph 140 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 140 and on that basis denies each and every allegation of paragraph 140.

141.    Answering paragraph 141 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 141 and on that basis denies each and every allegation of paragraph 141.

142.    Answering paragraph 142 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 142 and on that basis denies each and every allegation of paragraph 142.

143.    Answering paragraph 143 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 143 and on that basis denies each and every allegation of paragraph 143.

144.    Answering paragraph 144 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 144 and on that basis denies each and every allegation of paragraph 144.

145.    Answering paragraph 145 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 145 and on that basis denies each and every allegation of paragraph 145.

146.    Answering paragraph 146 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 146 and on that basis denies each and every allegation of paragraph 146.

147.    Answering paragraph 147 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 147 and on that basis denies each and every allegation of paragraph 147.

148.    Answering paragraph 148 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 148 and on that basis denies each and every allegation of paragraph 148.

149.    Answering paragraph 149 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 149 and on that basis denies each and every allegation of paragraph 149.

150.    Answering paragraph 150 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 150 and on that basis denies each and every allegation of paragraph 150.

151.    Answering paragraph 151 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 151 and on that basis denies each and every allegation of paragraph 151.

152.    Answering paragraph 152 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 152 and on that basis denies each and every allegation of paragraph 152.

153.    Answering paragraph 153 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 153 and on that basis denies each and every allegation of paragraph 153.

154.    Answering paragraph 154 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 1542 and on that basis denies each and every allegation of paragraph 154.

155.    Answering paragraph 155 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 155 and on that basis denies each and every allegation of paragraph 155.

156.    Answering paragraph 156 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 156 and on that basis denies each and every allegation of paragraph 156.

157.    Paragraph 157 does not contain any original allegations.  It simply refers to and by reference incorporates preceding allegations.  Therefore, in answer to paragraph 157 this Defendant incorporates its previous responses to all those incorporated allegations.

158.    Answering paragraph 158 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 158 and on that basis denies each and every allegation of paragraph 158.

159.    Answering paragraph 159 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 159 and on that basis denies each and every allegation of paragraph 159.

160.    Answering paragraph 160 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 160 and on that basis denies each and every allegation of paragraph 160.

161.    Answering paragraph 161 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 161 and on that basis denies each and every allegation of paragraph 161.

162.    Answering paragraph 162 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 162 and on that basis denies each and every allegation of paragraph 162.

163.    Answering paragraph 163 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 163 and on that basis denies each and every allegation of paragraph 163.

164.    Answering paragraph 164 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 164 and on that basis denies each and every allegation of paragraph 164.

165.    Answering paragraph 165 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 165 and on that basis denies each and every allegation of paragraph 165.

166.    Answering paragraph 166 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 166 and on that basis denies each and every allegation of paragraph 166.

167.   Answering paragraph 167 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 167 and on that basis denies each and every allegation of paragraph 167.

168.   Paragraph 168 does not contain any original allegations.  It simply refers to and by reference incorporates preceding allegations.  Therefore, in answer to paragraph 168 this Defendant incorporates its previous responses to all those incorporated allegations.

169.   Answering paragraph 169 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 169 and on that basis denies each and every allegation of paragraph 169.

170.   Answering paragraph 170 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 170 and on that basis denies each and every allegation of paragraph 170.

171.   Answering paragraph 171 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 171 and on that basis denies each and every allegation of paragraph 171

172.   Answering paragraph 172 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 172 and on that basis denies each and every allegation of paragraph 172.

173.   Answering paragraph 173 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 173 and on that basis denies each and every allegation of paragraph 173.

174.   Answering paragraph 174 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 174 and on that basis denies each and every allegation of paragraph 174.

175.   Answering paragraph 175 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 175 and on that basis denies each and every allegation of paragraph 175.

176.   Answering paragraph 176 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 176 and on that basis denies each and every allegation of paragraph 176.

177.   Answering paragraph 177 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 177 and on that basis denies each and every allegation of paragraph 177.

178.   Answering paragraph 178 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 178 and on that basis denies each and every allegation of paragraph 178.

179.   Answering paragraph 179 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 179 and on that basis denies each and every allegation of paragraph 179.

180.   Answering paragraph 180 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 180 and on that basis denies each and every allegation of paragraph 180.

181.   Answering paragraph 181 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 181 and on that basis denies each and every allegation of paragraph 181.

182.   Answering paragraph 182 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 182 and on that basis denies each and every allegation of paragraph 182.

183.   Paragraph 183 does not contain any original allegations.  It simply refers to and by reference incorporates preceding allegations.  Therefore, in answer to paragraph 183 this Defendant incorporates its pervious responses to all those incorporated allegations.

184.   Answering paragraph 184 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 184 and on that basis denies each and every allegation of paragraph 184.

185.   Answering paragraph 185 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 185 and on that basis denies each and every allegation of paragraph 185.

186.   Answering paragraph 186 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 186 and on that basis denies each and every allegation of paragraph 186.

187.   Answering paragraph 187 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 187 and on that basis denies each and every allegation of paragraph 187.

188.   Answering paragraph 188 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 188 and on that basis denies each and every allegation of paragraph 188.

189.   Answering paragraph 189 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 189 and on that basis denies each and every allegation of paragraph 189.

190.   Answering paragraph 190 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 190 and on that basis denies each and every allegation of paragraph 190.

191.   Answering paragraph 191 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 191 and on that basis denies each and every allegation of paragraph 191.

192.   Answering paragraph 192 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 192 and on that basis denies each and every allegation of paragraph 192.

193.   Answering paragraph 193 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 193 and on that basis denies each and every allegation of paragraph 193.

194.    Answering paragraph 194 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 194 and on that basis denies each and every allegation of paragraph 194.

195.    Answering paragraph 195 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 195 and on that basis denies each and every allegation of paragraph 195.

196.    Answering paragraph 196 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 196 and on that basis denies each and every allegation of paragraph 196.

197.    Answering paragraph 197 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 197 and on that basis denies each and every allegation of paragraph 197.

198.    Answering paragraph 198 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 198 and on that basis denies each and every allegation of paragraph 198.

199.    Paragraph 199 does not contain any original allegations. It simply refers to and by reference incorporates preceding allegations. Therefore, in answer to paragraph 199 this Defendant incorporates its previous responses to all those incorporated allegations.

200.    Answering paragraph 200 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 200 and on that basis denies each and every allegation of paragraph 200.

201.    Answering paragraph 201 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 201 and on that basis denies each and every allegation of paragraph 201.

202.    Answering paragraph 202 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 202 and on that basis denies each and every allegation of paragraph 202.

203.   Answering paragraph 203 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 203 and on that basis denies each and every allegation of paragraph 203.

204.   Answering paragraph 204 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 204 and on that basis denies each and every allegation of paragraph 204

205.   Answering paragraph 205 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 205 and on that basis denies each and every allegation of paragraph 205.

206.   Answering paragraph 206 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 206 and on that basis denies each and every allegation of paragraph 206.

207.   Answering paragraph 207 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 207 and on that basis denies each and every allegation of paragraph 207.

208.   Answering paragraph 208 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 208 and on that basis denies each and every allegation of paragraph 208.

209.   Answering paragraph 209 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 209 and on that basis denies each and every allegation of paragraph 209.

210.   Paragraph 210 does not contain any original allegations.  It simply refers to and by reference incorporates preceding allegations.  Therefore, in answer to paragraph 210 this Defendant incorporates its previous responses to all those incorporated allegations.

211.   Answering paragraph 211 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 211 and on that basis denies each and every allegation of paragraph 211.

212. Answering paragraph 212 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 212 and on that basis denies each and every allegation of paragraph 212.

213. Answering paragraph 213 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 213 and on that basis denies each and every allegation of paragraph 213.

214. Answering paragraph 214 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 214 and on that basis denies each and every allegation of paragraph 214.

215. Answering paragraph 215 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 215 and on that basis denies each and every allegation of paragraph 215.

216. Answering paragraph 216 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 216 and on that basis denies each and every allegation of paragraph 216.

217. Answering paragraph 217 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 217 and on that basis denies each and every allegation of paragraph 217.

218. Answering paragraph 218 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 218 and on that basis denies each and every allegation of paragraph 218.

219. Answering paragraph 219 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 219 and on that basis denies each and every allegation of paragraph 219.

220. Answering paragraph 220 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 220 and on that basis denies each and every allegation of paragraph 220.

221.   Answering paragraph 221 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 221 and on that basis denies each and every allegation of paragraph 221.

222.   Answering paragraph 222 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 222 and on that basis denies each and every allegation of paragraph 222.

223.   Answering paragraph 223 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 223 and on that basis denies each and every allegation of paragraph 223.

224.   Answering paragraph 224 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 224 and on that basis denies each and every allegation of paragraph 224.

225.   Paragraph 225 does not contain any original allegations.  It simply refers to and by reference incorporates preceding allegations.  Therefore, in answer to paragraph 225 this Defendant incorporates its pervious responses to all those incorporated allegations.

226.   Answering paragraph 226 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 226 and on that basis denies each and every allegation of paragraph 226.

227.   Answering paragraph 227 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 227 and on that basis denies each and every allegation of paragraph 227.

228.   Answering paragraph 228 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 228 and on that basis denies each and every allegation of paragraph 228.

229.   Answering paragraph 229 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 229 and on that basis denies each and every allegation of paragraph 229.

230.    Answering paragraph 230 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 230 and on that basis denies each and every allegation of paragraph 230.

231.    Answering paragraph 231 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 231 and on that basis denies each and every allegation of paragraph 231.

232.    Answering paragraph 232 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 232 and on that basis denies each and every allegation of paragraph 232.

233.    Answering paragraph 233 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 233 and on that basis denies each and every allegation of paragraph 233.

234.    Answering paragraph 234 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 234 and on that basis denies each and every allegation of paragraph 234.

235.    Answering paragraph 235 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 235 and on that basis denies each and every allegation of paragraph 235.

236.    Answering paragraph 236 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 236 and on that basis denies each and every allegation of paragraph 236.

237.    Answering paragraph 237 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 237 and on that basis denies each and every allegation of paragraph 237.

238.    Answering paragraph 238 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 238 and on that basis denies each and every allegation of paragraph 238.

239.   Answering paragraph 239 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 239 and on that basis denies each and every allegation of paragraph 239.

240.   Paragraph 240 does not contain any original allegations. It simply refers to and by reference incorporates preceding allegations. Therefore, in answer to paragraph 240 this Defendant incorporates its previous responses to all those incorporated allegations.

241.   Answering paragraph 241 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 241 and on that basis denies each and every allegation of paragraph 241.

242.   Answering paragraph 242 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 242 and on that basis denies each and every allegation of paragraph 242.

243.   Answering paragraph 243 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 243 and on that basis denies each and every allegation of paragraph 243.

244.   Answering paragraph 244 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 244 and on that basis denies each and every allegation of paragraph 244.

245.   Answering paragraph 245 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 245 and on that basis denies each and every allegation of paragraph 245.

246.   Answering paragraph 246 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 246 and on that basis denies each and every allegation of paragraph 246.

247.   Answering paragraph 247 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 247 and on that basis denies each and every allegation of paragraph 247.

248.   Answering paragraph 248 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 248 and on that basis denies each and every allegation of paragraph 248.

249.   Answering paragraph 249 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 249 and on that basis denies each and every allegation of paragraph 249.

250.   Answering paragraph 250 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 250 and on that basis denies each and every allegation of paragraph 250.

251.   Answering paragraph 251 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 251 and on that basis denies each and every allegation of paragraph 251.

252.   Answering paragraph 252 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 252 and on that basis denies each and every allegation of paragraph 252.

253.   Answering paragraph 253 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 253 and on that basis denies each and every allegation of paragraph 253.

254.   Answering paragraph 254 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 254 and on that basis denies each and every allegation of paragraph 254.

255.   Answering paragraph 255 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 255 and on that basis denies each and every allegation of paragraph 255.

256.   Answering paragraph 256 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 256 and on that basis denies each and every allegation of paragraph 256.

257.   Answering paragraph 257 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 257 and on that basis denies each and every allegation of paragraph 257.

258.   Answering paragraph 258 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 258 and on that basis denies each and every allegation of paragraph 258.

259.   Answering paragraph 259 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 259 and on that basis denies each and every allegation of paragraph 259.

260.   Answering paragraph 260 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 260 and on that basis denies each and every allegation of paragraph 260.

261.   Answering paragraph 261 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 261 and on that basis denies each and every allegation of paragraph 261.

262.   Answering paragraph 262 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 262 and on that basis denies each and every allegation of paragraph 262.

263.   Answering paragraph 263 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 263 and on that basis denies each and every allegation of paragraph 263.

264.   Answering paragraph 264 Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 264 and on that basis denies each and every allegation of paragraph 264.

265.   Answering paragraph 265 Defendant admits each and every allegation of paragraph 265.

266.   Answering paragraph 266 Defendant admits each and every allegation of paragraph 266.

1    267.    Answering paragraph 267 Defendant denies each and every allegation of
2    paragraph 267.

3    268.    Answering paragraph 268 Defendant denies each and every allegation of
4    paragraph 268.

5    269.    Answering paragraph 269 Defendant denies each and every allegation of
6    paragraph 269.

7    270.    Answering paragraph 270 Defendant denies each and every allegation of
8    paragraph 270.

9    271.    Answering paragraph 271 Defendant denies each and every allegation of
10   paragraph 271.

11   272.    Answering paragraph 272 Defendant denies each and every allegation of
12   paragraph 272.

13   273.    Answering paragraph 273 Defendant denies each and every allegation of
14   paragraph 273.

15   274.    Answering paragraph 274 Defendant admits each and every allegation of
16   paragraph 274.

17   275.    Answering paragraph 275 Defendant denies each and every allegation of
18   paragraph 275.

19   276.    Answering paragraph 276 Defendant denies each and every allegation of
20   paragraph 276.

21   277.    Answering paragraph 277 Defendant denies each and every allegation of
22   paragraph 277.

23   278.    Answering paragraph 278 Defendant denies each and every allegation of
24   paragraph 278.

25   279.    Answering paragraph 279 Defendant denies each and every allegation of
26   paragraph 279.

27   280.    Answering paragraph 280 Defendant denies each and every allegation of
28   paragraph 280.

0-0241_R/RRRY

## FIRST AFFIRMATIVE DEFENSE

1.     Defendant alleges that Plaintiffs' Complaint fails to state sufficient facts to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

2.     Defendant alleges that the Complaint fails to state facts sufficient to set forth a claim for punitive damages.

## THIRD AFFIRMATIVE DEFENSE

3.     Defendant alleges that Plaintiffs have failed to bring this action in a timely manner and have otherwise failed to maintain this action within the applicable statute of limitations periods.

## FOURTH AFFIRMATIVE DEFENSE

4.     Defendant alleges that, at all times relevant hereto, Defendant acted in good faith, without malice, and upon a reasonable belief that their actions were justified.

## FIFTH AFFIRMATIVE DEFENSE

5.     Defendant alleges that Plaintiffs freely and voluntarily consented to the actions of Defendant which are complained of in their Complaint, including but not limited to numerous of the interrogations complained of and the "searches" of the CROWE family at the Escondido Police Station.

## SIXTH AFFIRMATIVE DEFENSE

6.     Defendant alleges that the arrests complained of in Plaintiffs' Complaint were based on probable cause derived from Defendants' knowledge and observations prior to and at the time of the arrests.

## SEVENTH AFFIRMATIVE DEFENSE

7.     Defendant alleges that the searches complained of in Plaintiffs' Complaint were made without malice, pursuant to a facially valid search warrant, and with the reasonable belief that the places searched and items seized were those referred to in the warrant.

///

///

9 0241_R/RRR\

## EIGHTH AFFIRMATIVE DEFENSE

8.      Defendant alleges that the statements complained in Plaintiffs' Complaint were made without malice or ill will by and to persons who were interested in the subject matter of the statements and the statements are, therefore, privileged under California Civil Code section 47(c).

## NINTH AFFIRMATIVE DEFENSE

9.      Defendant alleges that the injuries suffered by Plaintiffs, if any, were the actual and proximate result of Plaintiffs' own negligence, and that Defendant's liability, if any, is limited in direct proportion to the percentage of fault attributable to Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

10.     Defendant alleges that the injuries suffered by Plaintiffs, if any, were the actual and proximate result of the negligence or other conduct of parties, persons, corporations or entities other than Defendant, and that Defendant's liability, if any, is limited in direct proportion to the percentage of fault actually attributable to Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     Defendant alleges that Plaintiffs have failed to exercise reasonable care and diligence to avoid loss or to minimize damages and, therefore, they may not recover for losses which could have been prevented by reasonable efforts on their part, or by expenditures that might reasonably have been made. Consequently, Plaintiffs' recovery, if any should be reduced by the failure of the Plaintiffs to mitigate, alter, reduce, or otherwise diminish their damages, if any.

## TWELFTH AFFIRMATIVE DEFENSE

12.     If Plaintiffs sustained any injury or damage as alleged in the Complaint, Defendant is informed and believes the same was directly and legally caused by Plaintiffs' or other Defendants' misuse of the subject product.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.     If Plaintiffs sustained any injury or damage as alleged in the Complaint, Defendant is informed and believes the same was directly and legally caused by some alteration

1   or modification of the subject product for which this Defendant may not be held legally

2   responsible.

3   ### FOURTEENTH AFFIRMATIVE DEFENSE

4   14.   If Plaintiff sustained any injury or damage due to an allegedly defective product,

5   as alleged in the Complaint, Defendant is informed and believes that under all the circumstances

6   then prevailing Plaintiff voluntarily and knowingly, by conduct or otherwise, assumed any risk

7   of harm which might result from any such alleged defect.

8   ### FIFTEENTH AFFIRMATIVE DEFENSE

9   15.   Defendant is informed and believes that Plaintiff is barred from any recovery

10   against this answering Defendant by virtue of the disclaimers and limitations under which the

11   subject product was sold, leased, or distributed.

12   ### SIXTEENTH AFFIRMATIVE DEFENSE

13   16.   Defendant alleges on information and belief that any implied warranty of

14   merchantability was limited, modified, and excluded from the terms and conditions under which

15   the subject product was sold, leased, or distributed.

16   ### SEVENTEENTH AFFIRMATIVE DEFENSE

17   17.   Defendant alleges on information and belief that any implied warranty of fitness

18   for a particular purpose was limited, modified, and excluded from the terms and conditions under

19   which the subject product was sold, leased, or distributed.

20   ### EIGHTEENTH AFFIRMATIVE DEFENSE

21   18.   Defendant alleges on information and belief that any implied warranty of

22   merchantability or fitness with regard to the subject product was modified or entirely excluded

23   by the course of dealing or usage of trade that existed between Defendants at the time, place, and

24   circumstances under which the subject product was sold, leased, or distributed.

25   ### NINETEENTH AFFIRMATIVE DEFENSE

26   19.   Defendant alleges on information and belief that any defect or nonconformity of

27   the subject product was legally caused, in whole or in part, by the unauthorized or unreasonable

28

1    use of the subject property by Plaintiff or others following the sale, lease, or distribution of the

2    subject product.

3         WHEREFORE, Defendant prays:

4         1.     That Plaintiffs take nothing by their Complaint or any of the alleged causes of

5    action contained therein;

6         2.     That Defendant be awarded its attorneys' fees and costs of suit incurred in

7    defense of this action;

8         3.     For such further relief as the Court deems proper; and

9         4.     That the sole liability of Defendant, if any, be limited in proportion to the degree

10   of fault attributable to it.

11

12   DATED:  August 10, 2000                    KOESTER AND WALKER

13

14

                                               By:/ _____
15                                                  HUGH G. RADIGAN
                                                    Attorneys for Defendant
16                                                  NATIONAL INSTITUTE FOR TRUTH
                                                    VERIFICATION
17

18

19

20

21

22

23

24

25

26

27

28

35

## <u>PROOF OF SERVICE</u>

I, the undersigned, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for KOESTER AND WALKER, whose business address is 500 N Brand Blvd., Suite 2200, Glendale, California 91203.

On August 10, 2000, I served the foregoing document(s): DEFENDANT NATIONAL INSTITUTE FOR TRUTH VERIFICATION'S ANSWER TO PLAINTIFFS' JOINT FIRST AMENDED COMPLAINT on the following party(ies) in this action addressed as follows:

### *PLEASE SEE ATTACHED SERVICE LIST*

[XX]   *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Glendale, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ]   *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

[ ]   *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by United Parcel Service®(UPS). I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Koester and Walker business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to a courier or driver authorized by UPS to receive documents on the same date it is placed at Koester and Walker for collection.

[ ]   *(BY FACSIMILE)* By use of facsimile machine number (818)545-3702, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

Executed on August 10, 2000, at Glendale, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Deanna S. Davalos

## SERVICE LIST

| | |
|---|---|
| Milton J. Silverman, Esq.<br>Law Office of Milton J. Silverman<br>2402 Broadway   Shannon Crowe<br>San Diego, CA  92102<br>Facsimile: (619) 231-6692 | Attorneys for Plaintiffs Stephen Crowe, Cheryl<br>Crowe, Judith Ann Kennedy, Michael Crowe, and |
| Mark A. Waggoner, Esq.<br>Escondido City Attorney's Office<br>201 N. Broadway<br>Escondido, CA  92025<br>Facsimile: (760) 741-7541 | Attorneys for City of Escondido, Mark<br>Wrisley, Barry, Sweeney, Ralph Claytor, Cirilo,<br>Tulimero, James, Lanagan, Naranjo, Rick Bass<br>and Steve Sloan |
| Richard J. Schneider, Esq.<br>Daley & Heft<br>462 Stevens Ave., Ste. 201<br>Solana Beach, CA  92075<br>Facsimile: (858) 755-7870 | Attorneys for City of Escondido, Mark<br>Wrisley, Barry, Sweeney, Ralph Claytor, Cirilo,<br>Tulimero, James, Lanagan, Naranjo, Rick Bass<br>and Steve Sloan |
| John J. Sansone, County Counsel<br>Deborah Peterson, Senior Deputy<br>County of San Diego<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101<br>Facsimile: (619) 531-6005 | Attorneys for Defendant Gary Hoover and Summer Stephan |
| Dennis A. Schoville, Esq.<br>Louis J. Arnell, Esq.<br>Schoville & Arnell<br>1230 Columbia St., Ste. 800<br>San Diego, CA 92101<br>Facsimile: (619) 232-9904 | Attorneys for Plaintiffs Aaron Houser, Margaret<br>Susan Houser and Gregg Houser |
| Robert J. Francaville, Esq.<br>Gayle M. Blatt, Esq.<br>Casey, Gerry, Reed & Schenk<br>110 Laurel Street<br>San Diego, CA 92101<br>Facsimile: (619) 544-9232 | Attorneys for Plaintiffs Michael Lee Treadway,<br>Tammy Treadway and Joshua David Treadway |
| Kenneth H. Moreno, Esq.<br>Murchison & Cumming<br>750 B Stree,t Suite 2550<br>San Diego, CA 92101<br>Facsimile: (619) 544-1568 | Attorneys for Defendant<br>Lawrence Blum |
| Diana L. Field, Esq.<br>Ferguson, Praet & Sherman<br>A Professional Corporation<br>1631 East 18th Street<br>Santa Ana, CA 92705-7101<br>Facsimile: (714) 953-1143 | Attorneys for Defendants City of Oceanside<br>& Chris McDonough |