















AXR    4/10/03    9:14

3:99-CV-00241   CROWE V. COUNTY OF SAN DIEGO

*729*

*O.*

STEPHEN CROWE, et al. v. City of San Diego          No. 99cv0241-R(RBB)
                                                        99cv0253 R(RBB)
                                                        99cv0283 R(RBB)

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE          Rptr. Tape 1: 1-1657
                                  Attorneys

| Plaintiffs | Defendants |
|---|---|
| Milton J. Silverman, Jr. (present) | Diana L. Field |
| Robert J. Francavilla (present) | Steven Sherman |
| Gayle Blatt | Richard J. Schneider (present) |
| Dennis Schoville | John J. Sansone |
| Louis G. Arnell (present) | George Brewster |
| James S. Iagmin | Kenneth H. Moreno |
| Robert Geile | Gary W. Schons |
| Jeremy Robinson | David Druliner |
| Chris Taylor | Mark Waggoner (present) |
|  | Luther W. Horton |
|  | Kimberly S. Clevenger |
|  | Michael Hall |
|  | Ian Fusselman |
|  | Shane Sullivan |
|  | Jeffrey Koch |
|  | Golnar Fozi |
|  | John McKaveney |

PROCEEDINGS:  _____  In Chambers   _x_  In Court   _____  Telephonic

A hearing on Plaintiffs' motion for an order compelling Mary Ellen O'Toole to
submit to a videotaped deposition and an order allowing Plaintiffs to depose
the FBI director was held.  Robert H. Plaxico, Assistant U.S. Attorney,
specially appeared on behalf of the United States and opposed Plaintiffs'
motion.

For the reasons stated at the hearing and based on the current state of the
record, Plaintiffs' motion is denied as moot.

DATE: April 7, 2003                IT IS SO ORDERED: _____
                                                        Ruben B. Brooks
                                                        U.S. Magistrate Judge
                                                   INITIALS: _VL(mg/dl)_ Deputy

cc:  Judge Rhoades
     All Parties of Record

K:\COMMON\BROOKS\CASES\1983\CROWE\MINUTE26.wpd