Kenneth H. Moreno, Esq. (SBN 108890)
  kmoreno@murchisonlaw.com
Scott J. Loeding, Esq. (SBN 157873)
  sloeding@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
750 B Street, Suite 2550
San Diego, California 92101-8114
Telephone: (619) 544-6838
Facsimile: (619) 544-1568

Attorneys for Defendant LAWRENCE N. BLUM, PH.D.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CROWE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. 99cv0241-JM (RBB) <br><br> **STIPULATION RE GOOD FAITH SETTLEMENT OF DEFENDANTS AND PLAINTIFFS AARON HOUSER, MARGARET SUSAN HOUSER AND GREGG HOUSER** <br><br> Judge     : Hon. Jeffrey Miller <br> Trial Date : 10/31/2011 |

Defendants Mark Wrisley, Barry Sweeney, Ralph Claytor, Phillip Anderson, Chris McDonough and Lawrence N. Blum, Ph.D. (hereinafter "Defendants") have reached a settlement with Plaintiffs Aaron Houser, Margaret Susan Houser and Gregg Houser (hereinafter "Houser Plaintiffs"). Defendants, and each of them, by and through their counsel, hereby stipulate that the settlement between each Defendant and the Houser Plaintiffs is in good faith pursuant to Code of Civil Procedure §§ 877 and 877.6 and that the settlements shall bar each of the Defendants from any further claims against any other settling Defendant for equitable indemnity, contribution, or partial or

---

1 | comparative indemnity, based on comparative negligence or comparative fault.

Dated: September 26, 2011        **YUKEVICH CALFO & CAVANAUGH**

By: _____
Cristina M. Ciminelli, Esq.
Attorneys for Defendants
MARK WRISLEY; BARRY SWEENEY;
RALPH CLAYTOR; and PHILLIP
ANDERSON

Dated: September ___, 2011       **LEWIS BRISBOIS BISGAARD & SMITH**

By: _____
Dana Alden Fox, Esq.
Attorneys for Defendant
CHRIS MCDONOUGH

Dated: September 26, 2011        **MURCHISON & CUMMING, LLP**

By: _____
Scott J. Loeding, Esq.
Attorneys for Defendant
LAWRENCE N. BLUM, PH.D.

comparative indemnity, based on comparative negligence or comparative fault.

Dated: September ___, 2011         **YUKEVICH CALFO & CAVANAUGH**

By: _____
Cristina M. Ciminelli, Esq.
Attorneys for Defendants
MARK WRISLEY; BARRY SWEENEY;
RALPH CLAYTOR; and PHILLIP
ANDERSON

Dated: September 30, 2011          **LEWIS BRISBOIS BISGAARD & SMITH**

By: _____
Dana Alden Fox, Esq.
Attorneys for Defendant
CHRIS MCDONOUGH

Dated: September ___, 2011         **MURCHISON & CUMMING, LLP**

By: _____
Scott J. Loeding, Esq.
Attorneys for Defendant
LAWRENCE N. BLUM, PH.D.