MILTON J. SILVERMAN, ESQ. (#46279)
**LAW OFFICE OF MILTON J. SILVERMAN**
2404 Broadway
San Diego, CA 92102
(619) 231-6611   Fax: (619) 231-6692

Attorneys for Plaintiffs Stephen Crowe, Cheryl Crowe, Michael Crowe, and Shannon Crowe

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Crowe, et al. | Civil Case No. 99-0241-JM (RBB) |
| Plaintiffs, | **JOINT MOTION TO DISMISS PLAINTIFFS STEPHEN CROWE, CHERYL CROWE, MICHAEL CROWE, AND SHANNON CROWE'S ENTIRE ACTION** |
| vs. | Trial Judge:   Hon. Jeffrey T. Miller |
| County of San Diego, et al. | Courtroom:   16 |
| Defendants. | Trial Date:   Vacated |

It is hereby stipulated and jointly moved, through the parties' designated counsel, by Plaintiffs Stephen Crowe, Cheryl Crowe, Michael Crowe, and Shannon Crowe, Defendants City of Escondido, Mark Wrisley, Barry Sweeney, Ralph Claytor and Phil Anderson, Defendant Chris McDonough, and Defendant Lawrence N. Blum, Ph.D., that the Complaint of Plaintiffs Stephen Crowe, Cheryl Crowe, Michael Crowe, and Shannon Crowe be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1).

Dated: 2/27/12

LAW OFFICE OF MILTON J. SILVERMAN

By: _____
Milton J. Silverman, Esq.
Attorney for the Crowe Plaintiffs

---

Joint Motion re Dismissal                                   Case No. 99-0241-JM (RBB)

```
 1
 2
 3  Dated: 2/17/12                    YUKEVICH CALFO & CAVANAUGH
 4
 5                                    By: _____[signature]_____
                                          James J. Yukevich, Esq.
 6                                        Cristina M. Ciminelli, Esq.
                                          Kelley J. Spencer, Esq.
 7                                        Attorneys for Defendants City of Escondido,
                                          Mark Wrisley, Barry Sweeney, Ralph Claytor
 8                                        and Phil Anderson
 9
10                                    LEWIS BRISBOIS BISGAARD & SMITH, LLP
11  Dated: _____
12                                    By: _____
                                          Dana Fox, Esq.
13                                        Greta Katz, Esq.
                                          Attorneys for Defendant Chris McDonough
14
15                                    MURCHINSON & CUMMING
16
17  Dated: _____            By: _____
                                          Kenneth H. Moreno, Esq.
18                                        Scott Loeding, Esq.
                                          Attorneys for Defendant Lawrence N. Blum
```

| | |
|---|---|
| | YUKEVICH CALFO & CAVANAUGH |
| Dated: _____ | By:_____<br>James J. Yukevich, Esq.<br>Cristina M. Ciminelli, Esq.<br>Kelley J. Spencer, Esq.<br>Attorneys for Defendants City of Escondido, Mark Wrisley, Barry Sweeney, Ralph Claytor and Phil Anderson |
| | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| Dated: 2/21/2012 | By:_____<br>Dana Fox, Esq.<br>Greta Katz, Esq.<br>Attorneys for Defendant Chris McDonough |
| | MURCHINSON & CUMMING |
| Dated: _____ | By:_____<br>Kenneth H. Moreno, Esq.<br>Scott Loeding, Esq.<br>Attorneys for Defendant Lawrence N. Blum |

YUKEVICH CALFO & CAVANAUGH

Dated: _____

By:_____
    James J. Yukevich, Esq.
    Cristina M. Ciminelli, Esq.
    Kelley J. Spencer, Esq.
    Attorneys for Defendants City of Escondido,
    Mark Wrisley, Barry Sweeney, Ralph Claytor
    and Phil Anderson


LEWIS BRISBOIS BISGAARD & SMITH, LLP

Dated: _____

By:_____
    Dana Fox, Esq.
    Greta Katz, Esq.
    Attorneys for Defendant Chris McDonough


MURCHINSON & CUMMING

Dated: 2/17/12

By: /s/ Scott Loeding
    Kenneth H. Moreno, Esq.
    Scott Loeding, Esq.
    Attorneys for Defendant Lawrence N. Blum